**IJH LAW**
Ignacio J. Hiraldo (State Bar No. 354826)
1100 Town & Country Road Suite 1250
Orange, CA 92868
E. ijhiraldo@ijhlaw.com
T. 657.200.1403
*Counsel for Plaintiff and the Proposed Class*

McLAUGHLIN & STERN CA, LLP
WILLIAM F. MURPHY (SBN 82482)
MATTHEW WU (SBN 362048)
155 Sansome Street, Suite 700
San Francisco, California 94104
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: wmurphy@mclaughlinstern.com.com
mwu@mclaughlinstern.com
Attorneys for Defendant ELITE MD, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WHITNEY BOWMAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELITE MD, INC.,<br><br>Defendant. | Case No. 2:25-cv-08573-RAO<br><br>**THIRD STIPULATION AND AGREED MOTION TO AMEND SCHEDULING ORDER**<br><br>**Judge**: HON ROZELLA A OLIVER |

Plaintiff Whitney Bowman and Defendant Elite MD, Inc. hereby stipulate and respectfully request that the Court amend the Deadline to File Motion for Class Certification contained in the ORDER GRANTING STIPULATION TO AMEND

SCHEDULING ORDER (herein the "Order"), [ECF No. 28], by an extension of approximately sixty (60) days from December 20, 2026, to February 22, 2027, and by an extension of approximately sixty (60) days for the nonexpert discovery cutoff, fir the expert witness disclosure and discovery cutoffs, and in support thereof state as follows.

This is the Parties' second request for an extension and the requested extension to the Deadline to File Motion for Class Certification will not impact any other date contained in the Scheduling Order.

**I. Procedural History**

1) On December 17, 2025, the Court entered the Scheduling Order in this matter. [ECF No. 21].

2) The Scheduling Order set a Deadline to File Motion for Class Certification of June 23, 2026. *Id.*

3) On January 26, 2026, this matter was reassigned from Magistrate Judge Jacqueline Chooljian to Magistrate Judge Rozella A. Oliver. [ECF No. 23].

4) On May 22, 2026, the Parties filed a Stipulation and Agreed Motion to Amend Scheduling Order, seeking an extension of the deadline to file Motion for Class Certification from June 23, 2026 to September 21, 2026. [ECF No. 27].

5) On May 22, 2026, the Court granted the Parties' requested extension. [ECF No. 28].

6) On August 27, 2026, the parties submitted and the Court granted the Parties' Second Stipulated and Agreed Motion to Amend the Scheduling Order, moving the deadline to file a Motion for Class Certification from September 21, 2026, to December 20, 2026. [ECF # 30].

7) Over approximately the last four months, the Parties have engaged in extensive settlement negotiations in an attempt to resolve this matter. *See* Declaration of William F. Murphy ("Murphy Decl."), attached as **Exhibit A**, at ¶ 4.

8) The settlement negotiations have been fruitful, and the Parties believe

they are closer to reaching a settlement in this action. *Id.* at ¶ 5.

9) In order to conserve both Court and Party resources, the Parties respectfully request an extension of the deadline to file Class Certification from December 20, 2026, to February 22, 2027, and to extend the cutoffs for non-expert discovery and for expert disclosure and discovery by approximately and additional 60 days so that the Parties can continue to negotiate and reach a settlement in this action without requiring both the Parties and the Court to expend time and resources in discovery and briefing and filing a Motion for Class Certification which will likely be unnecessary. *Id.* at ¶ 6.

10) The Parties respectfully submit that they have been diligent and have worked cooperatively and effectively to attempt to reach a compromise settlement in this action. Murphy Decl. at ¶ 7. The Proposed Third Stipulated and Agreed Motion to Amend the Scheduling Order will not impact or change in any way the trial date or any of the other pretrial deadlines set by the Court's initial scheduling order.

## II. Legal Standard

Federal Rule of Civil Procedure 16(b)(4) provides that "[a] scheduling order] may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking extension.'" *Id.* Although "a court may take into account any prejudice to the party opposing modification of the scheduling order, 'the focus of the [Rule 16(b)] inquiry is upon the moving party's reasons for seeking modification.'" *In re Western States Wholesale Natural Gas Antitrust Litigation*, 715 F.3d 716, 737 (9th Cir. 2013).

## III. Argument

The Parties respectfully submit that there is good cause to amend the Court's current Scheduling Order. The Parties requested modification to the Scheduling

Order is made in good faith and not for the purpose of delay. Murphy Decl. at ¶ 8. As discussed above and in the Murphy Decl., the Parties have engaged in extensive settlement negotiations over the last months in order to reach a settlement in this action. The Parties require additional time to complete negotiations and believe that they will reach an agreement shortly which will negate the need for discovery (both non-expert and expert) and a Motion for Class Certification. In order to preserve both the Court's and the Parties' resources, the Parties respectfully request an amendment of the deadline to file a Motion for Class Certification to and including and an amendment of the dates for non-expert and expert witness discovery and disclosure dates so that the Parties can finalize negotiations as follows:

New Non-expert discovery cutoff: March 15, 2027.

New Expert witness disclosure deadline: March 29, 2027.

New rebuttal Expert witness disclosure deadline: April 27, 2027.

New Expert discovery cutoff: May 20, 2027.

## IV. Conclusion

The Parties stipulate and respectfully submit that good cause exists to modify the Deadline to File Motion for Class Certification by a period of approximately sixty (60) days from December 20, 2026, to February 22, 2027, and to extent the non-expert discovery cutoff and expert witness disclosure and discovery cutoff dates by approximately sixty days as set forth above. This requested extension does not impact any other deadline currently set in the Scheduling Order.

A proposed order is attached as **Exhibit B**.

Dated: October 19, 2026.

//

//

//

//

//

So Stipulated and Respectfully submitted,

| | |
|---|---|
| **IJH LAW**<br><br>*By: /s/ Ignacio Hiraldo*<br>Ignacio J. Hiraldo<br>State Bar No. 354826<br>1100 Town & Country Road Suite 1250<br>Orange, CA 92868<br>E: ijhiraldo@ijhlaw.com<br>T: 657.200.1403<br><br>*Counsel for Plaintiff and Proposed Class* | **McLAUGHLIN & STERN CA, LLP**<br><br>*By: /s/ William F. Murphy*<br>WILLIAM F. MURPHY (SBN 82482)<br>MATTHEW WU (SBN 362048)<br>155 Sansome Street, Suite 700<br>San Francisco, California 94104<br>Telephone: (415) 397-2700<br>Facsimile: (415) 397-3300<br>Email: wfm@dillinghammurphy.com<br>mw@dillinghammurphy.com<br>Attorneys for Defendant ELITE MD, INC. |

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the above signed counsel for Plaintiff concurs in the content of this filing and has authorized this filing.

Dated: October 19, 2026

**McLAUGHLIN & STERN CA LLP**

*By: /s/ William F. Murphy*
State Bar No. 82482
McLaughlin & Stern CA, LLP
WILLIAM F.MURPHY
MATTHEW WU (SBN 362048)
155 Sansome Street, Suite 700
San Francisco, California 94104
415-397-2700

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel of record, who are deemed to have consented to electronic service via the court's CM/ECF system per Civil Local Rule 5.4(d).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed October 19, 2026.

**IJH LAW**

*By: /s/ William F. Murphy*
State Bar No. 82482
McLaughlin & Stern CA, LLP
WILLIAM F.MURPHY
MATTHEW WU (SBN 362048)
155 Sansome Street, Suite 700
San Francisco, California 94104
415-397-2700

*Counsel for Defendant*

# EXHIBIT A

McLAUGHLIN & STERN CA, LLP
WILLIAM F. MURPHY (SBN 82482)
MATTHEW WU (SBN 362048)
155 Sansome Street, Suite 700
San Francisco, California 94104
Telephone: (415) 397-2700
Facsimile: (415) 397-3300
Email: wmurphy@mclaughlinstern.com.com
mwu@mclaughlinstern.com
Attorneys for Defendant ELITE MD, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WHITNEY BOWMAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELITE MD, INC.,<br><br>Defendant. | Case No. 2:25-cv-08573-RAO<br><br>**DECLARATION OF WILLIAM F. MURPHY IN SUPPORT OF THIRD STIPULATION AND AGREED MOTION TO AMEND SCHEDULING ORDER** |

I, William F. Murphy, hereby declare pursuant to 28 U.S.C. §1746 as follows:

1) I am over 18 years of age. I have personal knowledge of the facts stated herein, unless stated upon information and belief, and if called upon to testify as to such facts, I could and would competently do so.

2) I am the attorney of record for Defendant Elite MD, Inc.

3) I submit this declaration in support of the Third Stipulation to Amend Scheduling Order.

4) Over approximately the last four months, the Parties have engaged in extensive settlement negotiations between themselves and involving third parties in an attempt to resolve this matter.

5) The settlement negotiations have been fruitful, and the Parties believe they are closer to reaching a settlement in this action.

6) In order to conserve both Court and Party resources, the Parties respectfully request an extension of the deadline to file Class Certification by approximately sixty days, and an extension of the non-expert witness discovery deadline and the expert witness disclosure and discovery deadlines by approximately sixty days, so that the Parties can continue to negotiate and reach a settlement in this action without requiring both the Parties and the Court to expend time and resources in briefing and filing a Motion for Class Certification and in discovery which will likely be unnecessary.

7) The Parties respectfully submit that they have been diligent and have worked cooperatively and effectively to attempt to reach a compromise settlement in this action.

8) The Parties requested modification to the Scheduling Order is made in good faith and not for the purpose of delay. The requested modification will not impact or amend the trial date or any of the other pretrial deadlines set forth in the Court's original scheduling order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed at San Francisco, California on October 19, 2026.

By: */s/ William F. Murphy*

*Counsel for Defendant*

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WHITNEY BOWMAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br>v.<br><br>ELITE MD, INC.,<br><br>Defendant. | Case No. 2:25-cv-08573-RAO<br><br>**[PROPOSED] ORDER GRANTING THIRD STIPULATION TO AMEND SCHEDULING ORDER**<br><br>**Judge**: HON ROZELLA A OLIVER |

This matter, coming to be heard on the "Third Stipulation and Agreed Motion to Amend Scheduling Order" (hereafter, "Stipulation"), due notice having been given, the Court being fully apprised in the premises thereof, the Parties being in agreement, and for good cause shown, IT IS HEREBY ORDERED that:

(1) The Stipulation is approved for all the reasons stated therein;

(2) The Deadline to File Motion for Class Certification is extended by a period of approximately sixty (60) days from September 21, 2026, to February 22, 2027.

(3) The deadline for completion of nonexpert discovery is extended by

approximately sixty (60) days to and including March 15, 2027.

(4) The deadline for expert witness disclosures is extended by approximately sixty (60) days to and including March 29, 2027.

(5) The deadline for disclosure of rebuttal experts is extended by approximately sixty (60) days to and including April 27, 2027.

(6) The deadline for completing expert witness discovery is extended by approximately sixty (60) days to and including May 20, 2027.

IT IS SO ORDERED.

DATED:

HON ROZELLA A OLIVER
United States Magistrate Judge